UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTOINE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. CIV-23-219-J |
| | ) |
| SCOTT CROW, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff, a state prisoner appearing pro se, filed a Complaint under 42 U.S.C. § 1983 alleging constitutional violations at the Lawton Correctional and Rehabilitation Facility. (Compl.) [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Amanda Maxfield Green consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Green ordered Plaintiff to cure deficiencies in his application for leave to proceed in forma pauperis no later than April 21, 2023. [Doc. No. 6]. Plaintiff failed to do so, and Judge Green has issued a Report and Recommendation recommending the action be dismissed without prejudice. [Doc. No. 7]. Plaintiff did not object by the deadline of May 19, 2023, and has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). Because Plaintiff has failed to comply with the Court's orders, the Court ADOPTS the Report and Recommendation [Doc. No. 7], DENIES Plaintiff's application for leave to proceed in forma pauperis [Doc. No. 5], and DISMISSES Plaintiff's Complaint [Doc. No. 1] without prejudice.

IT IS SO ORDERED this 7th day of June, 2023.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE